No. 98–6544. BROWN *v.* MCGINNIS ET AL. C. A. 6th Cir. Certiorari denied.

No. 98–6567. HARPER *v.* SINGLETARY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 11th Cir. Certiorari denied.

No. 98–6569. FIELDS *v.* DUNCAN, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 98–6597. BROWN *v.* VIDOR, DEPUTY WARDEN, ET AL. C. A. 6th Cir. Certiorari denied.

No. 98–6605. MCCLANAHAN *v.* WELLMORE COAL CORP. C. A. 4th Cir. Certiorari denied.

No. 98–6637. RASHED *v.* DORSEY ET AL. C. A. 3d Cir. Certiorari denied.

No. 98–6642. SMITH *v.* DUNCAN, WARDEN, ET AL. C. A. 9th Cir. Certiorari denied.

No. 98–6643. SHARMA *v.* UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA. C. A. 9th Cir. Certiorari denied.

No. 98–6649. JAMES *v.* MOORE, DIRECTOR, SOUTH CAROLINA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 4th Cir. Certiorari denied.

No. 98–6658. CHILDS *v.* SMITH, WARDEN, ET AL. C. A. 4th Cir. Certiorari denied.

No. 98–6662. CARPENTER *v.* UNITED STATES. Ct. App. D. C. Certiorari denied.

No. 98–6665. BOWEN *v.* ILLINOIS. Sup. Ct. Ill. Certiorari denied.

No. 98–6675. BORJA-ESPINOZA *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 98–6676. MCBRIDE *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 98–6677. MARSHALL *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.